MARY JANE NELSON

*v.*

JOHN R. DAVIDSON.

*Filed at Ottawa November 1, 1895—Rehearing denied March 13, 1896.*

This case is controlled by what is said in the opinion in *Nelson* v. *Davidson, ante,* p. 254.

APPEAL from the Circuit Court of Marshall county; the Hon. T. M. SHAW, Judge, presiding.

EFFIE HENDERSON, for appellant.

WINSLOW EVANS, for appellee.

Per CURIAM: The questions of fact and law in this case are controlled by what is said in the opinion in *Nelson* v. *Davidson,* (*ante,* p. 254.) The judgment is affirmed.

*Judgment affirmed.*